**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

__DAVID ALLEN__
        **Plaintiff**

    **CIVIL ACTION**

  V.

    **NO.__10CV11315-RWZ__**

__PENTAGROUP FINANCIAL LLC__
      **Defendant**

## ORDER OF DISMISSAL

__ZOBEL,  D. J.__

    For failure of the plaintiff to file a return of service and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

        By the Court,

__ 3/9/11 __          __ s/ Lisa A. Urso __
    Date          Deputy Clerk

(4mdismissal.wpd  - 12/98)          [odism.]